PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Simmons                                    Cr.: 19-00591-001
                                                                     PACTS #: 53789

Name of Sentencing Judicial Officer:    THE HONORABLE LAWRENCE E. KAHN
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/02/2016

Date of Amended Sentence: 11/29/2018

Original Offense:   Conspiracy to Possess with Intent to Distribute and to Distribute more than 280 Grams or more of Cocaine Base, 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(A) & (a)(1), and U.S.C. § 851

Original Sentence: 51 months imprisonment, 3 years supervised release

Amended Sentence: Time Served, 3 years supervised release

Special Conditions: 4 Months in a Residential Reentry Center, Alcohol/Drug Testing and Treatment, and a $1,000 Fine.

Type of Supervision: Supervised Release              Date Supervision Commenced: 11/29/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to satisfy fine. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Simmons has paid $475 towards his fine. His supervision is due to expire on November 28, 2021, with an outstanding fine balance of $525. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Michael Simmons

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:  ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

Prepared By:

*Kelly A. Maciel*            09/28/2021
ELISA MARTINEZ           Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on November 28, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

9/28/21
Date